# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2020

Bridget M. McCormack,
Chief Justice

159436(75)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 159436
COA: 342075
Wayne CC: 09-003770-FC

DOUGLAS CORNELL JACKSON,
Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's September 10, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2020



a0224

Clerk